IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RITA NELSON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07cv330-MHT |
| ) | (WO) |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## OPINION

**O**n april 18, 2007, plaintiff Rita Nelson commenced this action. Plaintiff also moved the court for leave to proceed *in forma pauperis*. The court entered an order denying the motion because, upon review of plaintiff's application, the magistrate judge determined that plaintiff had sufficient funds with which to pay her filing fee. The court further ordered plaintiff to pay the filing fee within 30 days, or by May 21, 2007, or the court would dismiss her case. To this date, plaintiff has failed to pay her filing fee. Accordingly, plaintiff's case should be dismissed without prejudice for failure to pay the requisite filing fee.

An appropriate judgment will be entered herewith.

DONE, this the 6th day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE